# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-18-00115-CV
NO. 03-18-00116-CV

---

**L. D.-C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NOS. D-1-FM-16-003517 & D-1-FM-17-001124
THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

---

**O R D E R**

**PER CURIAM**

Appellant L. D.-C. filed her notices of appeal on February 23, 2018. The appellate record was complete March 6, 2018, making appellant's briefs due March 26, 2018. On April 2, 2018, this Court filed appellant's motions for extension of time to file appellant's briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's briefs no later than April 26, 2018. If the briefs are not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered April 4, 2018.

Before Chief Justice Rose, Justices Goodwin and Field